# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANDREW DORN,

        Plaintiff,

v.

SILARES, INC. (formerly known as Astellis Industries, Corp.), a Business Entity; AKHIL SHARMA, an individual; DOES and ROE entities I – X, inclusive

        Defendants.

CASE NO.: 2:26-cv-01403-CDS-NJK

**ORDER GRANTING NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Brittni A. Tanenbaum, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby appears as counsel of record for Defendants Silares, Inc., and Akhil Sharma in the above-captioned matter.

    Accordingly, it is respectfully requested that Brittni A. Tanenbaum, Esq. be included on the service mailing list for all pleadings, correspondence, and other papers filed or served in this action.

**IT IS SO ORDERED**
Dated: May 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge