**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW DORN,<br><br>      Plaintiff,<br><br>v.<br><br>SILARES, INC. (formerly known as Astellis Industries, Corp.), a Business Entity; AKHIL SHARMA, an individual; DOES and ROE entities I – X, inclusive<br><br>      Defendants. | CASE NO.: 2:26-01403-CDS-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Andrew Dorn ("Plaintiff") and Defendants Silares, Inc. ("Silares") and Akhil Sharma ("Sharma") (together, "Defendants"), by and through their undersigned counsel, stipulate to extend the deadline for Defendants to file their response to the Complaint to May 28, 2026, as set forth below:

1.    On February 6, 2026, Plaintiff filed his Complaint in state court. *See* ECF No. 1-1.

2.    On April 17, 2026, Plaintiff served Silares with the Complaint. *See* ECF No. 1 ¶ 3.

3.    Sharma has not yet been served with the Complaint. *See* ECF No. 1 ¶ 4.

4.    On May 6, 2026, Defendants removed the state court action to this Court, *see* ECF No. 1, and the earliest response to the Complaint is therefore currently due on May 13, 2026.

51418493.1

5.      The parties agree to an extension of time for Defendants to respond to the Complaint to allow Defendants to file a joint response after Sharma is served with the Complaint and because Defendants' lead counsel is currently engaged in trial preparation in Australia. Good cause thus exists for this extension.

6.      The parties stipulate that the deadline for Defendants to respond to the Complaint shall be extended to May 28, 2026.

7.      The parties further stipulate that undersigned counsel for Defendants, Kirk B. Lenhard, Esq., will accept service of the Complaint on behalf of Sharma.

8.      This is the parties' first request for an extension of time for Defendants to respond to the Complaint.

9.      This stipulation is made in good faith and not made for purposes of delay or dilatory motive.

**IT IS SO STIPULATED.**

DATED: May 8, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP         HATFIELD & ASSOCIATES, LTD.

BY:_/s/ Kirk B. Lenhard_____          BY:_/s/ Trevor J. Hatfield_____
KIRK B. LENHARD, ESQ.                     TREVOR J. HATFIELD, ESQ.
AMANDA J. BROOKHYSER, ESQ.                Nevada Bar No. 007373
BRITTNI A. TANENBAUM, ESQ.                702 South Eighth Street
                                          Las Vegas, Nevada 89101
*Attorneys for Defendants*                (702) 388-4469
*SILARES, INC. (formerly known as Astellis*   thatfield@hatfieldlawassociates.com
*Industries, Corp.); and AKHIL SHARMA*
                                          *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 11, 2026

- 2 -

51418493.1