**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW DORN,

    Plaintiff,

v.

SILARES, INC., et al.,

    Defendants.

Case No. 2:26-cv-01403-CDS-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by June 26, 2026.

IT IS SO ORDERED.

Dated: June 22, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1