TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW DORN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SILARES, INC. (formerly known as Astellis Industries, Corp.), a Business Entity; AKHIL SHARMA, an individual; DOES and ROE entities I – X, inclusive<br><br>Defendant. | CASE NO: 2:26-cv-01403-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

COMES NOW, Plaintiff ANDREW DORN (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants SILARES, INC., and AKHIL SHARMA (hereinafter Defendants"), by and through their counsel, Amanda J. Brookhyser, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and do hereby stipulate and request that the discovery deadline, the dispositive motion deadline and the deadline for the pretrial order as set forth in the Scheduling Order (ECF No. 15) pursuant to FRCP 26(f)(3) and LR II, 26-1 be extended by sixty (60) days. The current discovery cut-off date is November 2, 2026. This is the parties' second request for an extension of discovery and dispositive motion deadline. The first request was denied.

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**1. DISCOVERY COMPLETED TO DATE:**

A. Defendants served their initial disclosures pursuant to FRCP 26(a)(1) on July 9, 2026, and Plaintiff served his initial disclosures on July 17, 2026.

B. Defendants served discovery in the form of Admissions, Interrogatories and Requests for Production of Documents on August 3, 2026. Plaintiff provided his responses to the First Set of Requests for Admissions on September 2, 2026. Plaintiff provided his responses to the First Set of Interrogatories and First Set of Requests for Production of Documents on October 2, 2026.

C. Plaintiff served a First Supplemental Disclosure on October 2, 2026.

D. Plaintiff served discovery in the form of Defendants' Admissions, Interrogatories, and Requests for Production of Documents on October 2, 2026. Defendants' responses are due November 2, 2026.

**2. DISCOVERY YET TO BE COMPLETED:**

A. Plaintiff has noticed the deposition of individual Defendant Akhil Sharma.

B. Plaintiff is compiling additional responsive documents to supplement.

C. Defendant has noticed the deposition of Plaintiff Andrew Dorn.

D. Plaintiff may take the deposition of Defendant Silares's 30(b)(6) witness.

E. Defendants plan to serve a subpoena duces tecum on the Veteran's Administration for Dorn's medical records.

F. Defendants plan to serve a subpoena duces tecum on Brainwaves Counseling for Dorn's medical records.

G. Deposition of Ryan Knapp.

H. Further depositions of fact witnesses or medical providers.

///

**3. <u>WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER</u>**

There is good cause to allow for an extension of time to complete discovery. Defendants served initial written discovery shortly after discovery in this matter opened. Defendants were unable to conduct additional discovery, including Plaintiff's deposition, until those discovery responses were received. Due to scheduling conflicts, a calendar error, and then a death in a staff member's family, Plaintiff and his counsel needed various extensions to respond to the initial written discovery, which were all provided as professional courtesies. Plaintiff's responses to written discovery and additional document production revealed additional document requests that will need to be served on third-parties as well as additional depositions.

Plaintiff's deposition is currently noticed for October 29, 2026. Plaintiff is scheduled to be at meetings at the United States Embassy in Berlin that week and then in London for additional meetings the week of November 2, 2026. Thus, his deposition will need to be completed outside the current discovery schedule. Defendant Akhil Sharma's deposition has been noticed for November 2, 2026. Defendant requests that his deposition be taken after Plaintiff's deposition is taken later in November. Plaintiff may take the deposition of the corporate Defendant depending on responses to written discovery that are not due until November 2, 2026. The Parties believe that there is good cause to extend the current deadlines and that it will take an additional 60 days to complete discovery.

**4. <u>PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS</u>:**

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. On June 26, 2026, this Court ordered that the last date to disclose expert witnesses would be September 4, 2026; that the last

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

date to disclose rebuttal experts would be October 6, 2026; that the last date to complete discovery would be November 2, 2026; that the last day to file dispositive motions would be December 3, 2026; and that the last day to file a pretrial order would be January 4, 2027. The parties propose to the Court the following cut-off dates:

**A. Discovery Cut-off Date:** The limited discovery deadline shall be **Friday, January 4, 2027.**

**B. Expert Disclosures:** The expert disclosure deadline was on September 4, 2026. The Parties do not request an extension to this deadline. The rebuttal expert disclosure deadline is October 6, 2026. The Parties do not request an extension to this deadline. Expert discovery will be conducted in accordance with applicable Federal Rules of Civil Procedure and Local Rules of this District Court, specifically, Fed. R. Civ. P. 26(a)(2) and 26(b)(4), and Local Rules 26-1(b)(3).

**C. Dispositive Motions:** Dispositive motions shall be filed thirty (30) days after the discovery cut-off date in accordance with LR 26-3 by **February 3, 2027**.

**D. Motions in Limine/ *Daubert* Motions:** Pursuant to LR 16-3, and unless the Magistrate Judge issues an Order with a different deadline or briefing schedule, any motions in limine, including *Daubert* type motions, shall be filed and served thirty (30) days prior to trial unless the Magistrate Judge issues an order with a different deadline or briefing schedule. Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter. Reply briefs will only be allowed with leave of Court.

**E. Joint Pretrial Order:** The Pretrial Order shall be filed no later than thirty (30) days after the deadline for filing dispositive motions date in accordance with LR 26-1(b)(5) by **March 5, 2027**. In the event dispositive motions have been filed, the Pretrial Order shall be

suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

Dated: October 14, 2026

**HATFIELD & ASSOCIATES, LTD.**

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated: October 15, 2026

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ *Amanda Brookhyser*

Kirk B. Lenhard, Esq. (SBN 1437)
Amanda Brookhyser, Esq. (SBN11526)
Brittni A. Tanenbaum (SBN 16013)
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: klenhard@bhfs.com
Email: abrookhyser@bhfs.com
Email: btanenbaum@bhfs.com
*Attorneys for Defendants SILARES, INC. (formerly known as Astellis Industries, Corp.),* and *AKHIL SHARMA*

.

**GRANTED**, but no further extensions will be allowed.
IT IS SO ORDERED.
Dated: October 16, 2026

.
.

Nancy J. Koppe
United States Magistrate Judge

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469